# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**VALERIE CURRY**                                                  **PLAINTIFF**

**V.**                                                                  **CAUSE NO. 4:20CV00058-SA-JMV**

**PHC-CLEVELAD, INC.,**
*doing business as* **Bolivar Medical Center, et al.**                      **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.CIV.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [18] on April 14, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) along with the case management conference are, hereby, **STAYED** pending a decision on the motion to remand.

**SO ORDERED** this, the 15th day of April, 2020.

                                                          /s/ Jane M. Virden
                                                          U. S. Magistrate Judge